UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

**SETH MATURIN, ET. AL.**                                                    CIVIL ACTION

**VERSUS**                                                                              NO. 16-715

**NATURE WORKS, ET. AL.**                                              SECTION: "B"(5)

## JUDGMENT

In a separate Order and Reasons, this Court granted Defendants' Motion for Summary Judgment (Rec. Doc. 29) dismissing all of Plaintiffs' claims with prejudice. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that all claims in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 22nd day of January, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE